```
                                        ___ FILED      ___ RECEIVED
                                        ___ ENTERED    ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              APR 23 2024

                                           CLERK US DISTRICT COURT
                                             DISTRICT OF NEVADA
                                        BY:_____ DEPUTY
```

1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  DAVID KIEBLER
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Las Vegas, Nevada 89101
5  702-388-6519 (phone)
   702-388-5087 (fax)
6  david.kiebler@usdoj.gov
   *Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
| Plaintiff, | Case No. 2:24-cr-0092-JCM-EJY |
| v. | **VIOLATIONS:** |
| ELISEO DURAN, | Counts One – Three |
| Defendant. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement in Acquisition of Firearm |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*False Statement in Acquisition of Firearm*

On or about February 26, 2021, in the State and Federal District of Nevada,

**ELISEO DURAN,**

defendant herein, in connection with the acquisition of the firearms described below from Discount Firearms & Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealer"), knowingly made false and fictitious written statements to the Dealer, which were intended to deceive the Dealer as to a fact material to

the lawfulness of each such firearm sale to the defendant under chapter 44 of Title 18; to wit: the defendant completed and executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented that he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party; and, the defendant claimed that he currently resided in Nevada, when the defendant well knew that he was a resident of California at the time he completed the Form 4473. The defendant made the false statements when acquiring the following firearms:

1. S&W, M&P 380, 380-caliber, Pistol, Serial Number: NHU7477
2. Taurus, PT25, 25-caliber, Pistol, Serial Number: DQG16659
3. Glock, 22, 40-caliber, Pistol, Serial Number: BPAD570
4. Glock, 26, 9-mm, Pistol, Serial Number: BPCF282

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
*False Statement in Acquisition of Firearm*

On or about January 6, 2023, in the State and Federal District of Nevada,

**ELISEO DURAN,**

defendant herein, in connection with the acquisition of the firearms described below from Discount Firearms & Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealer"), knowingly made false and fictitious written statements to the Dealer, which were intended to deceive the Dealer as to a fact material to the lawfulness of each such firearm sale to the defendant under chapter 44 of Title 18; to wit: the defendant completed and executed a Bureau of Alcohol, Tobacco, Firearms and

2

Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented that he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party; and, the defendant claimed that he currently resided in Nevada, when the defendant well knew that he was a resident of California at the time he completed the Form 4473. The defendant made the false statements when acquiring the following firearms:

1. S&W, SD9, 9-mm, Pistol, Serial Number: FEB2931
2. S&W, M&P 380, 380-caliber, Pistol, Serial Number: RFX8854
3. S&W, CSX, 9-mm, Pistol, Serial Number: SEA1828
4. S&W, M&P9, 9-mm, Pistol, Serial Number: NAR3717
5. S&W, M&P Bodyguard, 380-caliber, Pistol, Serial Number: KEU3062
6. Berretta, 3032, 32-caliber, Serial Number: DAA008270CA
7. SCCY, CPX-1, 9-mm, Pistol, Serial Number: C221431

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
*False Statement in Acquisition of Firearm*

On or about September 29, 2023, in the State and Federal District of Nevada,

**ELISEO DURAN,**

defendant herein, in connection with the acquisition of the firearms described below from Discount Firearms & Ammo, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealer"), knowingly made false and fictitious written statements to the Dealer, which were intended to deceive the Dealer as to a fact material to the lawfulness of each such firearm sale to the defendant under chapter 44 of Title 18; to wit:

3

the defendant completed and executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented that he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party; and, the defendant claimed that he currently resided in Nevada, when the defendant well knew that he was a resident of California at the time he completed the Form 4473. The defendant made the false statements when acquiring the following firearms:

1. Century, Draco, 9-mm, Pistol, Serial Number: RON2244540
2. Palmetto, Dagger, 9-mm, Pistol, Serial Number: SZ007075
3. Stoeger, STR9, 9-mm, Pistol, Serial Number: T6429-22Y06521
4. Taurus, 856UL, 38-caliber, Revolver, Serial Number: AEG467552
5. Rock Island, M1911, 45-caliber, Pistol, Serial Number: RIA2659421
6. Rock Island, M1911, 45-caliber, Pistol, Serial Number: RIA2675591
7. Glock, 42, 380-caliber, Pistol, Serial Number: ACSR348
8. Glock, 19, 9-mm, Pistol, Serial Number: YGZ051
9. Sig, P938, 9-mm, Pistol, Serial Number: 52B248395

///
///
///
///
///
///

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 23rd day of April 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DAVID KIEBLER
Assistant United States Attorney